**United States Bankruptcy Court**
**Southern District of California**

In re:    **Coit, Joshua Robert** _____    Case No.   14-04299 MM7

Debtor(s)    Chapter   **7** _____

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
SCHEDULE B
SCHEDULE C
SCHEDULE F
STATEMENT OF FINANCIAL AFFAIRS
AMENDED CREDITOR MAILING MATRIX [ADDING CREDITORS/PARTIES]

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Taisei Construction Corporation
Attn" Warren Lee
6261 Katella Ave, Suite 200
Cypress, CA 90630

Build LACCD
915 Wilshire Blvd. Suite 810
Los Angeles, CA  90017

Fidelity & Deposit Company of Maryland
One Market Plaza, Spear Tower
San Fransisco, CA  94105

Labor Commissioner, Stare of California
Department of Industrial Relations
320 West Fourth Street, Suite 450
Los Angeles, CA  90013

Date:    **September 29, 2014** _____

*/s/ Jeffrey B. Smith*
**Jeffrey B. Smith**
Attorney for Debtor(s)
**301 E. Ocean Blvd. Suite 1700**
**Long Beach, CA  90802-4834**

CSD 1100 [08/28/14]
Name, Address, Telephone No. & I.D. No.

Jeffrey B. Smith   SBN 150095
Curd, Galindo & Smith, LLP
301 E. Ocean Blvd. Suite 1700
Long Beach, CA 90802
Phone: 562-624-1177 Fax: 562-624-1178
Email: jsmith@cgsattys.com

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Coit, Joshua

Debtor.

BANKRUPTCY NO. 14-04299-MM7

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[  ]    Petition
[  ]    Exhibit A to Voluntary Petition
[  ]    Exhibit C to Voluntary Petition
[  ]    Exhibit D - Individual Statement of Compliance with Credit Counseling
[  ]    Summary of Schedules
[  ]    Statistical Summary of Certain Liabilities and Related Data
[✔]    Schedule A & B - Schedule of Real or Personal Property
[✔]    Schedule C - Schedule of Property Claimed Exempt
[✔]    Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH
        LOCAL RULE 1009
        [  ]    Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee
                required.  See instructions on reverse side.
        [  ]    Correcting or deleting other information.  See instructions on reverse side.
[  ]    Schedule G - Schedule of Executory Contracts & Expired Leases
[  ]    Schedule H - Schedule of Co-Debtor
[  ]    Schedule I - Current Income of Individual Debtor(s)
[  ]    Schedule J - Current Expenditure of Individual Debtor(s)
[✔]    Statement of Financial Affairs
[  ]    Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[  ]    Statement of Current Monthly Income (Form B22B)
[  ]    Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
[✔]    Other: Amended Matrix

Dated: 9/30/2014                    Signature _____
                                                          Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] Joshua Coit_____ and _____, the undersigned debtor(s), hereby
declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of____42____
pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 9/30/14  _____          _____
                                  Debtor                                              Joint Debtor

CSD 1100                                                    REFER TO INSTRUCTIONS ON REVERSE SIDE

B6B (Official Form 6B) (12/07)

IN RE Coit, Joshua Robert _____    Case No. _____
                              Debtor(s)                                                         (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Chase-Santee=Overdrawn**<br>**Checking account for non-filing spouse-Bank of America ($1,000)** | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord Security Deposit Personal residence** | | 2,150.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Furniture, Televisions, Appliances, Kitchenware, Linens, bedroom sets, and other miscellaneous household goods. Debtor believes there are no individual items in this category that have an as is garage sale or "Craigs List" value in excess of $525.  However, debtor believes the REPLACEMENT value of these household goods, new, would be MUCH higher.** | | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc books, CD's, DVD's and non-collector art and family photos** | | 1,500.00 |
| 6. Wearing apparel. | | **Clothing for family of 3** | | 2,000.00 |
| 7. Furs and jewelry. | | **Wedding Rings and Watches.  Miscellaneous Costume Jewelry** | | 1,525.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Coit, Joshua Robert** _____    Case No. _____
                          Debtor(s)                                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<table>
<tr>
<td rowspan="2">TYPE OF PROPERTY</td>
<td rowspan="2">N<br>O<br>N<br>E</td>
<td rowspan="2">DESCRIPTION AND LOCATION OF PROPERTY</td>
<td rowspan="2">HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</td>
<td>CURRENT VALUE OF<br>DEBTOR'S INTEREST IN<br>PROPERTY WITHOUT<br>DEDUCTING ANY<br>SECURED CLAIM OR<br>EXEMPTION</td>
</tr>
<tr>
<td></td>
</tr>
<tr>
<td>13. Stock and interests in incorporated and unincorporated businesses. Itemize.</td>
<td></td>
<td>**Lone Star General Contracting, Inc.**<br>**Debtor owns 100% of this company. Incorporated April 2013, holds General Contracting License. Value based on receivables and pending projects estimated. Personal Service Company. Company also has about $25,000 in tools and equipment, some of which were stolen recently. Company is making a $21,000+/- Insurance Claim for this loss currently.**</td>
<td></td>
<td>2,500.00</td>
</tr>
<tr>
<td></td>
<td></td>
<td>**Lone Star General Contracting, LLC**<br>**LLC that debtor formed prior to Lone Star General Contracting, Inc, but debtor was unable to get General Contractors License for this entity. It never bid on any jobs, never opened a bank account and never recieved any income or paid any expenses of any kind. LLC was abandoned in favor of Lone Star Genreal Contracting, Inc.. Lone Star General Contracting, LLC is now suspended or willbe shortly for non payment of alternative minimum taxes.**</td>
<td></td>
<td>1.00</td>
</tr>
<tr>
<td>14. Interests in partnerships or joint ventures. Itemize.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>15. Government and corporate bonds and other negotiable and non-negotiable instruments.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>16. Accounts receivable.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>18. Other liquidated debts owed to debtor including tax refunds. Give particulars.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>22. Patents, copyrights, and other intellectual property. Give particulars.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>23. Licenses, franchises, and other general intangibles. Give particulars.</td>
<td>X</td>
<td></td>
<td></td>
<td></td>
</tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Coit, Joshua Robert _____    Case No. _____
                        Debtor(s)                                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **12' Enclosed Work Trailer**<br>**Not street legal-No registration** | | 800.00 |
| | | **2003 Ford F-350 (salvage title)**<br>**300,000 miles** | | 4,000.00 |
| | | **AMENDED to provide detail as to Condition. KBB Shows Value of $12K to $13K. Debtor has contacted a liquidator who, based on salvage title, miles and repair condition has advised the Debtor that the value of this vehicle is $4000.** | | |
| | | **2008 Dodge Magnum**<br>**50,000 miles** | | 8,500.00 |
| | | **AMENDED as to value after review of KKB report and Amended as to Exemption Claim** | | |
| | | **2010 Ford F150**<br>**87,000 miles** | | 14,500.00 |
| | | **ADDED  2003 F150 Ford "Harley Davidson Edition" work truck with 220,000+ miles. Currently has $650 repair estimate for drive shaft problem. Debtor is informed that the KBB book value of the truck is about $9000. According to debtor's research with a liquidator, because of the high miles and cuurrent condition of the truck it is worth between $5,000 and $7,000** | | 6,000.00 |
| | | **Cannondale Quad**<br>**Not running. Not registered since 2008.**<br>**AMENDED to delete exemption claim** | | 200.00 |
| | | **Work Trailer-Flatbed**<br>**Purchased 2 1/2 years ago for about $2,000** | | 1,000.00 |
| 26. Boats, motors, and accessories. | | **1984 Avenger Bass Boat 17' with Trailer**<br><br>**AMENDED to withdraw Exemption Claim** | | 1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Coit, Joshua Robert** _____    Case No. _____
<div align="center">Debtor(s)</div>                                                              <div align="right">(If known)</div>

<div align="center">

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **ADDED Power Tools. Tools were involved in a theft in February 2014 from a job site in Monterey Park CA. Debtor's insurer paid a portion of the claim (See this Schedule B) and replaced the remainder of the tools per the terms of the policy. Some tools were owned by Debtor's employees and were replaced and returned to them. A jackhammer was rented and replaced but returned to the rental company. See Attachment B-29 for a complete list of tools replaced, and values, AND declarations of employees relating to tools involved in loss NOT owned by Debtor.** | | 10,600.00 |
| | | **Hand tools-Personal** AMENDED  Tools in this category are NOT tools involved in pre-petition theft, but consist of miscellaneous non power tools such as wrenches hammers etc.  Amended to lower value based on addition of power tools replaced in theft pre-petition. | | 1,500.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **24'x60' Modular Office** Mobile Office purchased 2 years ago for $5,000.  Used by Ione Star Genral Contractors, Inc. at its yard. **AMENDED to delete Exemption** | | 3,500.00 |
| | | **ADDED Insurance Claim Pending at filing, Cash Value of Claim was paid post petition.** | | 6,751.88 |
| | | **TOTAL** | | 72,527.88 |

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

<div style="writing-mode: vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

## Settlement Solutions

P.O. Box 8
Orange, CA 92856
888-363-2524
**Tax ID: 91-2196692**

**Adjuster:** JOSHUA McCOOK
GREAT AMERICAN

**Insured:** JOSHUA COIT

Invoice Number: 567330JOS
Claim Number: 571567330
Invoice Date:
Date Received:
Date Of Loss: 4/15/2014

*Attachment B-29 P. 1 of 7*

| # | Qty | Insured Description | Replaced Description | Retail | Our Price | Dep | Dep Amt | Total | Replacing Item |
|---|-----|---------------------|----------------------|--------|-----------|-----|---------|-------|----------------|
| 1 | 1 | MAKITA 12" COMPOUND MITER SAW | MAKITA 12" COMPOUND MITER SAW | $499.00 | $399.60 | 0% | $0.00 | $399.60 | ☑ RH |
| 2 | 1 | COBALT MITER SAW STAND | COBALT MITER SAW STAND | $299.00 | $149.00 | 0% | $0.00 | $149.00 | |
| 3 | 1 | FIBERGLASS MATTOCK | FIBERGLASS MATTOCK | $53.00 | $44.00 | 3% | $1.38 | $44.62 | |
| 4 | 1 | 16LB SLEDGE HAMMER | 16LB SLEDGE HAMMER | $58.00 | $43.97 | 0% | $0.00 | $43.97 | |
| 5 | 1 | STABILA STABLIZER 6' LEVEL | STABILA STABLIZER 6' LEVEL | $130.00 | $119.00 | 0% | $0.00 | $119.00 | |
| 6 | 1 | STABILA STABLIZER 4' LEVEL | STABILA STABLIZER 4' LEVEL | $79.00 | $59.99 | 0% | $0.00 | $59.99 | |
| 7 | 1 | STABILA STABLIZER 2' LEVEL | STABILA STABLIZER 2' LEVEL | $45.00 | $42.95 | 0% | $0.00 | $42.95 | |
| 8 | 1 | STABILA STABLIZER 8' LEVEL | STABILA STABLIZER 8' LEVEL | $29.00 | $27.12 | 0% | $0.00 | $27.12 | |
| 9 | 1 | MAKITA ROTO HAMMER | MAKITA ROTO HAMMER | $349.00 | $311.25 | 6% | $18.68 | $292.68 | ☑ RR RH |
| 10 | 1 | RIDGID COMPRESSOR | RIDGID COMPRESSOR | $349.00 | $329.97 | 0% | $0.00 | $329.97 | |
| 11 | 1 | MILWAUKEE POST BAND SAW | MILWAUKEE POST BAND SAW | $350.00 | $326.59 | 10% | $32.66 | $293.93 | ☑ RR RH |
| 12 | 8 | DEWALT MEASURING TAPE | DEWALT MEASURING TAPE | $280.00 | $261.28 | 0% | $0.00 | $261.28 | |
| 13 | 1 | DEWALT 100' MEASURING TAPE | DEWALT 100' MEASURING TAPE | $32.00 | $27.55 | 6% | $1.65 | $25.90 | |
| 14 | 1 | MAKITA HAND PLANER | MAKITA HAND PLANER | $149.00 | $146.32 | 6% | $8.72 | $136.60 | |
| 15 | 1 | MILWAUKEE SAWZALL | MILWAUKEE SAWZALL | $199.00 | $199.00 | 6% | $11.94 | $187.06 | ☑ RH |
| 16 | 1 | RIDGID MULTI TOOL | RIDGID MULTI TOOL | $100.00 | $99.97 | 10% | $10.00 | $89.97 | |
| 17 | 1 | MILWAUKEE ROTOHAMMER | MILWAUKEE ROTOHAMMER | $700.00 | $645.65 | 10% | $64.57 | $581.09 | |
| 18 | 1 | MILWAUKEE 18V IMP. ROTO HAMMER & DRILL | MILWAUKEE 18V IMP. ROTO HAMMER & DRILL | $399.00 | $370.12 | 0% | $0.00 | $370.12 | |
| 19 | 1 | MILWAUKEE INSPECTION CAMERA | MILWAUKEE INSPECTION CAMERA | $199.00 | $199.00 | 0% | $0.00 | $199.00 | ☑ RH |
| 20 | 1 | TOPCON LASER LEVEL | TOPCON LASER LEVEL | $3,999.00 | $3,795.00 | 0% | $0.00 | $3,795.00 | ☑ RH |
| 21 | 1 | RIDGID BRAD NAIL GUN | RIDGID BRAD NAIL GUN | $98.00 | $98.00 | 0% | $0.00 | $98.00 | ☑ P.P. RH |
| 22 | 1 | HITACHI FRAMING NAILER | HITACHI FRAMING NAILER | $319.00 | $299.00 | 0% | $0.00 | $299.00 | |
| 23 | 1 | DEWALT HAND SAW | DEWALT HAND SAW | $20.00 | $19.97 | 0% | $0.00 | $19.97 | |
| 24 | 1 | PASLODE FRAMING NAILER | PASLODE FRAMING NAILER | $394.00 | $370.12 | 0% | $0.00 | $370.12 | |
| 25 | 1 | EMPIRE DRYWALL SQUARE | EMPIRE DRYWALL SQUARE | $30.00 | $25.32 | 0% | $0.00 | $25.32 | |
| 26 | 6 | CAUTION TAPE | CAUTION TAPE | $120.00 | $120.00 | 0% | $0.00 | $120.00 | |
| 27 | 3 | 12" FRAMING SQUARE | 12" FRAMING SQUARE | $51.00 | $47.52 | 0% | $0.00 | $47.52 | |
| 28 | 8 | MASON STRING LINES | MASON STRING LINES | $15.00 | $15.04 | 0% | $0.00 | $15.04 | |
| 29 | 1 | PLUMBING LINE CRIMP | PLUMBING LINE CRIMP | $90.00 | $90.00 | 0% | $0.00 | $90.00 | |
| 30 | 2 | LUFKIN WALKING TAPE | LUFKIN WALKING TAPE | $140.00 | $131.74 | 3% | $3.95 | $127.79 | |
| 31 | 2 | DEWALT STRING LINE | DEWALT STRING LINE | $60.00 | $60.00 | 0% | $0.00 | $60.00 | |
| 32 | 2 | HUSKY WHEEL TOTE TOOL BOX | HUSKY WHEEL TOTE TOOL BOX | $160.00 | $159.94 | 0% | $0.00 | $159.94 | |

Attachment B-29 P. 2 of 7

**Claim Number: 57156733O**    **Date:**

| # | Qty | Insured Description | Replaced Description | Retail | Our Price | Dep | Dep Amt | Total | Replacing Item |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 1 | DEWALT 300' TAPE MEASURE | DEWALT 300' TAPE MEASURE | $33.00 | $28.99 | 6% | $1.74 | $27.25 | ☐ Rental |
| 34 | 1 | BOSCH 90LB JACK HAMMER | BOSCH 90LB JACK HAMMER | $1,699.00 | $1,565.50 | 0% | $0.00 | $1,565.50 | ☑ |
| 35 | 4 | DIABLO 10" LIFETIME BLADE | DIABLO 10" LIFETIME BLADE | $240.00 | $240.00 | 0% | $0.00 | $240.00 | ☑ |
| 36 | 4 | HUSKY EXT. CORD | HUSKY EXT. CORD | $636.00 | $586.00 | 0% | $0.00 | $586.00 | ☑ |
| 37 | 8 | EPOXY GUN PACK 8 | EPOXY GUN PACK 8 | $320.00 | $320.00 | 3% | $9.60 | $310.40 | ☐ |
| 38 | 1 | WRENCHES/SOCKETS/PRYBARS | WRENCHES/SOCKETS/PRYBARS | $1,000.00 | $880.00 | 3% | $26.40 | $853.60 | ☑ |
| 39 | 2 | HD WHEEL BARROW | HD WHEEL BARROW | $338.00 | $290.60 | 0% | $0.00 | $290.60 | ☑ |
| 40 | 1 | TILE SAW 10" | TILE SAW 10" | $700.00 | $699.00 | 0% | $0.00 | ~~$699.00~~ | RR |
| 41 | 2 | RIDGID SCREW GUN | RIDGID SCREW GUN | $200.00 | $199.96 | 0% | $0.00 | $199.96 | ☑ |
| 42 | 6 | MAKITA 4-1/2 GRINDER | MAKITA 4-1/2 GRINDER | $480.00 | $453.90 | 0% | $0.00 | $453.90 | ☑ |
| 43 | 1 | MAKITA 7" GRINDER | MAKITA 7" GRINDER | $149.00 | $147.15 | 0% | $0.00 | $147.15 | ☑ |
| 44 | 3 | MAKITA HYPOID SAW | MAKITA HYPOID SAW | $597.00 | $565.50 | 0% | $0.00 | ~~$565.50~~ | ☑ RH |
| 45 | 4 | MILWAUKEE SAWZALL BLADE PACK | MILWAUKEE SAWZALL BLADE PACK | $92.00 | $79.88 | 0% | $0.00 | $79.88 | RR |
| 46 | 1 | BERNZOMATIC TORCH SET | BERNZOMATIC TORCH SET | $69.00 | $59.80 | 0% | $0.00 | $59.80 | ☐ |
| 47 | 50 | BOSCH ROTO DRILLS | BOSCH ROTO DRILLS | $1,200.00 | $1,100.00 | 0% | $0.00 | $1,100.00 | ☐ |
| 48 | 1 | MILWAUKEE SHEET METAL CUTTER | MILWAUKEE SHEET METAL CUTTER | $199.00 | $184.55 | 3% | $5.54 | $179.01 | ☐ |
| 49 | 1 | MILWAUKEE HEAT GUN | MILWAUKEE HEAT GUN | $89.00 | $80.15 | 0% | $0.00 | $80.15 | ☐ |
| 50 | 2 | RAMSET MASTER SHOT | RAMSET MASTER SHOT | $160.00 | $158.70 | 6% | $9.40 | $147.30 | ☑ |
| 51 | 1 | HILTI RAMSET | HILTI RAMSET | $299.00 | $260.60 | 0% | $0.00 | $260.60 | ☑ |
| 52 | 5 | AIR HOSE | AIR HOSE | $300.00 | $270.60 | 0% | $0.00 | $270.60 | ☑ |
| 53 | 1 | MAKITA 1-1/4 HP ROUTER | MAKITA 1-1/4 HP ROUTER | $99.00 | $99.00 | 0% | $0.00 | ~~$99.00~~ | RR |
| 54 | 1 | RIDGID BELT SANDER | RIDGID BELT SANDER | $100.00 | $99.97 | 0% | $0.00 | ~~$99.97~~ | RR |
| 55 | 10 | DIABLO SAW BLADE | DIABLO SAW BLADE | $200.00 | $199.70 | 0% | $0.00 | $199.70 | RR |
| 56 | 2 | MILWAUKEE DRILL | MILWAUKEE DRILL | $298.00 | $259.94 | 6% | $15.60 | $244.34 | ☑ RR |
| 57 | 2 | BOSCH DRILL BIT | BOSCH DRILL BIT | $40.00 | $0.00 | 0% | $0.00 | $0.00 | ☐ |
| 58 | 1 | MILWAUKEE HOLE HOG DRILL BIT SET | MILWAUKEE HOLE HOG DRILL BIT SET | $400.00 | $366.50 | 0% | $0.00 | $366.50 | ☑ |
| 59 | 1 | BOSCH WOOD AUGER DRILL SET | BOSCH WOOD AUGER DRILL SET | $200.00 | $28.76 | 0% | $0.00 | $28.76 | ☐ |
| 60 | 2 | FIBERGLASS FLAT SHOVEL | FIBERGLASS FLAT SHOVEL | $60.00 | $55.98 | 0% | $0.00 | $55.98 | ☐ |
| 61 | 2 | SAW HORSE | SAW HORSE | $40.00 | $39.94 | 0% | $0.00 | $39.94 | ☐ |
| 62 | 4 | HILTI IMP. 1/2" 18V CORDLESS | HILTI IMP. 1/2" 18V CORDLESS | $2,000.00 | $1,962.20 | 10% | $196.22 | $1,765.98 | ☑ |
| 63 | 6 | HILTI 18V BATTERY | HILTI 18V BATTERY | $1,014.00 | $901.92 | 10% | $90.19 | $811.73 | ☑ |
| 64 | 4 | HILTI BATTERY CHARGER | HILTI BATTERY CHARGER | $700.00 | $689.32 | 10% | $68.93 | $620.39 | ☑ |

Attachment B-29, p 3 of 7

**Claim Number: 571567330**

Date:

| # | Qty | Insured Description | Replaced Description | Retail | Our Price | Dep | Dep Amt | Total | Replacing Item |
|---|-----|---------------------|---------------------|--------|-----------|-----|---------|-------|----------------|
| **Totals:** | | | | $23,745.00 | $21,906.99 | | $577.16 | $21,329.83 | |

Replacing Amount: $14,155.11

| | |
|---|---|
| Not Replacing Amount: | $7,751.88 |
| Depreciation Amount: | $577.16 |
| Deductible Amount: | $1,000.00 |

| | |
|---|---|
| Shipping: | $330.33 |
| Other Amount: | $0.00 |
| Tax: | $1,196.10 |

**Total Owed to JOSHUA COIT:**          **$6,174.72**

**Total Owed to Settlement Solutions:**          **$15,681.54**

*Having received your authorization, we are now proceeding with the shipment of the items listed above to the insured.*
*Therefore, this invoice is to be paid to*
*SettlementSolutions,Inc.*

signed _____          _____ Date _____

## DECLARATION OF Robert Reed

I, Robert Reed do declare and state as follows:

1. That I am over the age of 18 and I could and would testify in a court of law under penalty perjury that the following facts are true.

2. In mid- February 2014 I was employed by Lone Star General Contracting, Inc. I was assigned to a construction project in Monterey Park, CA.

3. As is customary in construction work, I routinely will bring **personal** tools or equipment to a job site to perform my job duties on a construction site. While working with Lone Star General Contracting, Inc. it is not uncommon for me to leave my personal tools overnight on a job site to prevent having to transport them daily to from work.

4. Lone Star General Contracting, Inc. and it owner Josh Coit, prior to February 2014 would often bring a small trailer to a site and Lone Star and other employees would leave their tools in the trailer on site until the next day's work.

5. On or about February 17th, 2014 while working for Lone Star I left personal tools in the Lone Star trailer at the Monterey park job site. I know that Lone Star and othe employees put their tools in the same trailer.

6. Sometime on February 17th or February 18th 2014 thieves apparently broke into the Lone Star site work trailer and stole a substantial amount of tools and equipment, including items that belonged to me personally. I believe Mr. Coit or someone from Lone Star reported the theft to police.

7. Shortly after discovering the theft, Josh Coit told me and the other employees that he had insurance and that we would be reimbursed for our tools or they would be replaced.

8. Attached as Exhibit 1 is a list of the tools and the insurance company's replacement cost for tools or equipment that I personally owned that were stolen **and** later replaced by Lone Star, or Mr. Coit or the insurance company.

9. Also included in the Exhibit 1 chart is the reference number I am informed and believe was assigned to my personal property by the insurance claims adjuster.

10. I have received physical replacement of the tools and equipment described in Exhibit 1 and the replacement tools are my personal property. Many of these tools are still used by me daily at Lone Star so they may be temporarily stored on job sites or at Lone Star's yard in Santee, but if I leave Lone Star to work somewhere else, I will take the tools and Equipment described in Exhibit 1 with me.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT AND I COULD AND WOULD TESTIFY TO THE CONTENTS HEREOF IN A COURT OF LAW IF REQUESTED TO DO SO. EXECUTED THIS ____ DAY OF SEPTEMBER, 2014 IN SANTEE CALIFORNIA

Robert Reed

### EXHIBIT 1 TO DECLARATION OF Robert Reed

| Ins # | Qty | Description of Replaced Item | Claim Value |
|-------|-----|-----------------------------|-------------|
| 9 | 1 | Makita Roto Hammer | 292.58 |
| 21 | 1 | Rigid Brad Nail Gun | 98.00 |
| 40 | 1 | Tile Saw 10" | 699.00 |
| 51 | 1 | Hilti Ramset | 260.50 |
| 53 | 1 | Makita 1 ¼ HP Router | 99.00 |
| 54 | 1 | Rigid Belt Sander | 99.97 |
| 58 | 1 | Milwaukee Hole Hog Drill Bit Set | 366.50 |
| | | | |
| | | | |
| | | | |
| | | Total | |

Attachment B-29, Page 5 of 7

SEP. 23/2014 TUE 02:52 PM    PRAISE ALIVE                      FAX No. 626 571 1919                      P. 001

## DECLARATION OF [Roger Helland]

I, [Roger Helland] do declare and state as follows:

1. That I am over the age of 18 and I could and would testify in a court of law under penalty perjury that the following facts are true.
2. In mid- February 2014 I was employed by Lone Star General Contracting, Inc. I was assigned to a construction project in Monterey Park, CA.
3. As is customary in construction work, I routinely will bring **personal** tools or equipment to a job site to perform my job duties on a construction site. While working with Lone Star General Contracting, Inc. it is not uncommon for me to leave my personal tools overnight on a job site to prevent having to transport them daily to from work.
4. Lone Star General Contracting, Inc. and it owner Josh Coit, prior to February 2014 would often bring a small trailer to a site and Lone Star and other employees would leave their tools in the trailer on site until the next day's work.
5. On or about February 17th, 2014 while working for Lone Star I left personal tools in the Lone Star trailer at the Monterey park job site. I know that Lone Star and the employees put their tools in the same trailer.
6. Sometime on February 17th or February 18th 2014 thieves apparently broke into the Lone Star site work trailer and stole a substantial amount of tools and equipment, including items that belonged to me personally. I believe Mr. Coit or someone from Lone Star reported the theft to police.
7. Shortly after discovering the theft, Josh Coit told me and the other employees that he had insurance and that we would be reimbursed for our tools or they would be replaced.
8. Attached as Exhibit 1 is a list of the tools and the insurance company's replacement cost for tools or equipment that I personally owned that were stolen *and* later replaced by Lone Star, or Mr. Coit or the insurance company.
9. Also included in the Exhibit 1 chart is the reference number I am informed and believe was assigned to my personal property by the insurance claims adjuster.
10. I have received physical replacement of the tools and equipment described in Exhibit 1 and the replacement tools are my personal property. Many of these tools are still used by me daily at Lone Star so they may be temporarily stored on job sites or at Lone Star's yard in Santee, but if I leave Lone Star to work somewhere else, I will take the tools and Equipment described in Exhibit 1 with me.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT AND I COULD AND WOULD TESTIFY TO THE CONTENTS HEREOF IN A COURT OF LAW IF REQUESTED TO DO SO. EXECUTED THIS    DAY OF SEPTEMBER, 2014 IN SANTEE CALIFORNIA

[ROGER HELLAND]

Attachment B-29, P. 6 of 7

SEP/23/2014/TUE 02:52 PM    PRAISE ALIVE                FAX No. 626 571 1919                    P. 002

## EXHIBIT 1 TO DECLARATION OF [Roger Helland]

| Ins # | Qty | Description of Replaced Item | Claim Value |
|-------|-----|------------------------------|-------------|
| 1 | 1 ✓ | Makita 12" Compound Miter Saw | 399.60 |
| 10 | 1 ✓ | Rigid Compressor | 329.97 |
| 15 | 1 ✓ | Milwaukee Sawsall | 187.06 |
| 19 | 1 ✓ | Milwaukee Inspection Camera | 199.00 |
| 22 | 1 | Hitachi Framing Nailer | 299.00 |
| 44 | 1 | Makita Hypoid Saw | 188.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total |  |

Attachment B-29, p. 7 of 7

B6C (Official Form 6C) (04/13)

**IN RE** <u>Coit, Joshua Robert</u>                                                     Case No. _____
            Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account Chase-Santee=Overdrawn Checking account for non-filing spouse-Bank of America ($1,000)** | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Furniture, Televisions, Appliances, Kitchenware, Linens, bedroom sets, and other miscellaneous household goods. Debtor believes there are no individual items in this category that have an as is garage sale or "Craigs List" value in excess of $525.  However, debtor believes the REPLACEMENT value of these household goods, new, would be MUCH higher.** | CCCP § 703.140(b)(3) | 3,500.00 | 3,500.00 |
| **Misc books, CD's, DVD's and non-collector art and family photos** | CCCP § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Clothing for family of 3** | CCCP § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Wedding Rings and Watches. Miscellaneous Costume Jewelry** | CCCP § 703.140(b)(4) | 1,525.00 | 1,525.00 |
| **Lone Star General Contracting, Inc. Debtor owns 100% of this company. Incorporated April 2013, holds General Contracting License.  Value based on receivables and pending projects estimated.  Personal Service Company. Company also has about $25,000 in tools and equipment, some of which were stolen recently.  Company is making a $21,000+/- Insurance Claim for this loss currently.** | CCCP § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| **Lone Star General Contracting, LLC LLC that debtor formed prior to Lone Star General Contracting, Inc, but debtor was unable to get General Contractors License for this entity.  It never bid on any jobs, never opened a bank account and never recieved any income or paid any expenses of any kind.  LLC was abandoned in favor of Lone Star Genreal Contaracting, Inc.. Lone Star General Contracting, LLC is now suspended or willbe shortly for non payment of alternative minimum taxes.** | CCCP § 703.140(b)(5) | 1.00 | 1.00 |
| **2008 Dodge Magnum 50,000 miles** | CCCP § 703.140(b)(2)<br>CCCP § 703.140(b)(1) | 5,100.00<br>3,400.00 | 8,500.00 |
| **AMENDED as to value after review of KKB report and Amended as to Exemption Claim** | | | |
| **2010 Ford F150 87,000 miles** | CCCP § 703.140(b)(1) | 14,500.00 | 14,500.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13) - Cont.

IN RE <u>Coit, Joshua Robert</u>                                                                          Case No. _____
                                    Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **ADDED Power Tools. Tools were involved in a theft in February 2014 from a job site in Monterey Park CA. Debtor's insurer paid a portion of the claim (See this Schedule B) and replaced the remainder of the tools per the terms of the policy. Some tools were owned by Debtor's employees and were replaced and returned to them. A jackhammer was rented and replaced but returned to the rental company. See Attachment B-29 for a complete list of tools replaced, and values, AND declarations of employees relating to tools involved in loss NOT owned by Debtor.** | CCCP § 703.140(b)(6)<br>CCCP § 703.140(b)(1) | 7,625.00<br>923.00 | 10,600.00 |
| **ADDED Insurance Claim Pending at filing, Cash Value of Claim was paid post petition.** | CCCP § 703.140(b)(1) | 6,751.88 | 6,751.88 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Coit, Joshua Robert _____    Case No. _____
<div align="center">Debtor(s)                                                        (If known)</div>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A+ Quality Construction, Inc.<br>2173 Froude St.<br>San Diego, CA 92107 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Aardvark Ant & Pest Control<br>C/O Priority Collections, Inc.<br>21818 Craggy View Street Suite 201<br>Chattsworth, CA 91311 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 158.59 |
| ACCOUNT NO.<br><br>AARK Engineering<br>4678 3rd Street<br>La Mesa, CA 91941 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 3,500.00 |
| ACCOUNT NO.<br><br>Accounts Recievable<br>5517 Hansel Ave<br>ORLANDO, FL 32809 | | | Assignee or other notification for:<br>AARK Engineering | | | | |

<div align="right">

Subtotal
(Total of this page) $ **18,658.59**

</div>

__10__ continuation sheets attached

<div align="right">

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Coit, Joshua Robert

Debtor(s)

Case No. _____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ahern Equipment Rental**<br>**10529 Vine St**<br>**Lakeside, CA 92040** | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | **10,000.00** |
| ACCOUNT NO.<br>**Jim Lipschultz**<br>**Lipschultz & Scherago LLP**<br>**12400 Wilshire Boulevard, Suite 920**<br>**Los Angeles, CA 90025** | | | **Assignee or other notification for:**<br>**Ahern Equipment Rental** | | | | |
| ACCOUNT NO.<br>**AIG**<br>**C/O Margaret Inomata**<br>**1155 F Street NW Suite 200**<br>**Washington, DC 20004** | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | **85,000.00** |
| ACCOUNT NO.<br>**R.R. Beach Associates**<br>**95 Wolf Creek Blvd Suite 2**<br>**Dover, DE 19901** | | | **Assignee or other notification for:**<br>**AIG** | | | | |
| ACCOUNT NO.<br>**Alpine Painting**<br>**8444 Coulter Pine Rd**<br>**Mentone, CA 92359** | | | **Subcontractor for Josh Coit dba Lonestar** | | | | **15,000.00** |
| ACCOUNT NO.<br>**American Arbitration Association**<br>**6795 North Palm Ave 2nd Floor**<br>**Fresno, CA 93704** | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | **525.00** |
| ACCOUNT NO.<br>**American Fense Company**<br>**1860 Goetz Road**<br>**Perris, CA 92570** | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | **443.02** |

Sheet no. ___1___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **110,968.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Coit, Joshua Robert _____    Case No. _____
              Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Corporate Collections**<br>P.O. Box 2882<br>Scottsdale, AZ  85252 | | | Assignee or other notification for:<br>**American Fense Company** | | | | |
| ACCOUNT NO.<br><br>**Amsan/Interline**<br>C/O Victor Gammill<br>3700 Campus Dr. Ste 201<br>Newport Beach, CA  92660 | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | 30,000.00 |
| ACCOUNT NO.<br><br>**Chico's Sales Co.**<br>8451 Miralani Dr. Ste P<br>San Diego, CA  92126 | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | 6,024.48 |
| ACCOUNT NO.<br><br>**CLP**<br>3934 Murphy Canyon Rd. Suite B201<br>San Diego, CA  92123 | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | 45,000.00 |
| ACCOUNT NO.<br><br>**Commercial Collection Corp.**<br>P.O. Box 288<br>Tonawanda, NY  14151 | | | Assignee or other notification for:<br>**CLP** | | | | |
| ACCOUNT NO.<br><br>**Liggett, Davis GPagnini & Melhouse**<br>Attn: Christina Melhouse<br>3914 Murphy Canyon Road, Suite A162<br>San Diego, CA  92123 | | | Assignee or other notification for:<br>**CLP** | | | | |
| ACCOUNT NO.<br><br>**Cosco Fire Protection**<br>10695 Treena St. Ste 105<br>San Diego, CA  92131 | | | **Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business.** | | | | 75,000.00 |

Sheet no. ___2___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page) $ **156,024.48**

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Coit, Joshua Robert</u>                                    Case No. _____
              Debtor(s)                                                                                  (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stephan A. Barber<br>Ropers, Majeski, Et Al<br>50 West San Fernando St., Suite 1400<br>San Jose, CA  95113-4501 | | | Assignee or other notification for:<br>Cosco Fire Protection | | | | |
| ACCOUNT NO.<br>Eagle Paving<br>12700 Stowe Dr. Suite 200<br>Poway, CA  92064 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 500.00 |
| ACCOUNT NO.<br>Ferrellgas<br>P.O. Box 173940<br>Denver, CO  80217 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 13,121.50 |
| ACCOUNT NO.<br>Helix Mechanical, Inc.<br>1100 North Magnolia Ave Ste L<br>El Cajon, CA  92020 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. Lawsuit Pending. | | | | 69,000.00 |
| ACCOUNT NO.<br>Beard Hobbs<br>1014 Broadway Ave Suite A<br>El Cajon, CA  92021 | | | Assignee or other notification for:<br>Helix Mechanical, Inc. | | | | |
| ACCOUNT NO.<br>American Arbitration Association<br>Lupe Gonsalez Baca & Hon. M. Orfield<br>6795 North Palm Ave, 2nd Floor<br>Fresno, CA  93704 | | | Assignee or other notification for:<br>Helix Mechanical, Inc. | | | | |
| ACCOUNT NO.<br>Hilti<br>C/O Richmond North Associates<br>P.O. Box 963<br>Amherst, NY  14226 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 5,769.59 |

Sheet no. __3__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal<br>                   (Total of this page)  $   88,391.09

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Coit, Joshua Robert
_____
　　　　　　　　　Debtor(s)

Case No. _____
　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Levy, Diamond, Bello And Associates, LLC<br>P.O. Box 352<br>Milford, CT  06460 | | | Assignee or other notification for:<br>Hilti | | | | |
| ACCOUNT NO.<br><br>Imagine Tile, Inc.<br>1440 Hotel Circle N<br>San Diego, CA  92108 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 9,000.00 |
| ACCOUNT NO.<br><br>Integrated Living Solutions<br>20126 Ballinger Way NE #97<br>Shoreline, WA  98155 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 437.00 |
| ACCOUNT NO.<br><br>Interline Brands, Inc.<br>C/O Victor Gammill<br>3700 Campus Drive Suite 201<br>Newport Beach, CA  92660-2603 | | | Sub-Contactor for Josh Coit dba Lonestar | | | | 20,000.00 |
| ACCOUNT NO.<br><br>Victor L. Gammill<br>Law Offices Of Victor Gammill<br>3700 Campus Drive, Suite 201<br>Newport Beach, CA  92660-2603 | | | Assignee or other notification for:<br>Interline Brands, Inc. | | | | |
| ACCOUNT NO.<br><br>J&M Interior Specialties, Inc.<br>1308 N. Magnolia Ave Suite D<br>El Cajon, CA  92020 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 12,219.19 |
| ACCOUNT NO.<br><br>Kenneth Scholl<br>28901 Tulita Lane<br>Menifee, CA  92584 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 380.00 |

Sheet no. ___4___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　$ | 42,036.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Coit, Joshua Robert _____ Case No. _____
                    Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Kingston Electric**<br>**P.O. Box 600**<br>**Kingston, WA 98346** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 45,000.00 |
| ACCOUNT NO.<br><br>**Higgs, Fletcher & Mack**<br>**Attn: Geoff Thorne**<br>**401 West A Street**<br>**San Diego, CA 92101** | | | Assignee or other notification for: Kingston Electric | | | | |
| ACCOUNT NO.<br><br>**Labor Ready**<br>**P.O. Box 288**<br>**Tonawanda, NY 14151** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 11,662.31 |
| ACCOUNT NO.<br><br>**Commercial Collection Corp Of NY**<br>**34 Seymour St.**<br>**Tonawanda, NY 14150** | | | Assignee or other notification for: Labor Ready | | | | |
| ACCOUNT NO.<br><br>**Ingold Law**<br>**5555 Main Street**<br>**Williamsville, NY 14221** | | | Assignee or other notification for: Labor Ready | | | | |
| ACCOUNT NO.<br><br>**Labor Systems**<br>**P.O. Box 1205**<br>**Chandler, AZ 85244** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 8,009.55 |
| ACCOUNT NO.<br><br>**RMS**<br>**4836 Breckville Rd.**<br>**P.O. Box 509**<br>**Richfield, OH 44286** | | | Assignee or other notification for: Labor Systems | | | | |

Sheet no. _____5___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,671.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Coit, Joshua Robert
_____
                    Debtor(s)

Case No. _____
                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Knutson Law Group Dana Knutson 1401 Dove Street Newport Beach, CA 92660** | | | Assignee or other notification for: **Labor Systems** | | | | |
| ACCOUNT NO. **Leibert Systems 610 Executive Campus Dr. Westerville, OH 43082** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 23,000.00 |
| ACCOUNT NO. **Receivables Control Corp 7373 Kirkwood Court Suite 200 Minneapolis, MN 55369** | | | Assignee or other notification for: **Leibert Systems** | | | | |
| ACCOUNT NO. **MBCI 600 S. 91st Ave Tolleson, AZ 85353** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 2,737.69 |
| ACCOUNT NO. **Paladin Commercial Group, LLC 12200 E. Briarwood Ave Suite 250 Centennial, CO 80112** | | | Assignee or other notification for: **MBCI** | | | | |
| ACCOUNT NO. **Millican Crane Service P.O. Box 300 Port Camble, WA 98364** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 6,986.89 |
| ACCOUNT NO. **Simmons & Adams 9896 Bissonnet St. Houston, TX 77036** | | | Assignee or other notification for: **Millican Crane Service** | | | | |

Sheet no. __6__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 32,724.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Coit, Joshua Robert</u>                                                                                  Case No. _____
Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd Suite 101**<br>**Tempe, AZ  85283** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | **4,514.68** |
| ACCOUNT NO.<br>**Montbleau & Associates, Inc.**<br>**555 Raven St.**<br>**San Diego, CA  92102** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | **46,274.37** |
| ACCOUNT NO.<br>**Schwartz, Semerdijan, Ballard & Cauley**<br>**C/O Kevin Cauley**<br>**101 West Broadway Ste 810**<br>**San Diego, CA  92101** | | | Assignee or other notification for: Montbleau & Associates, Inc. | | | | |
| ACCOUNT NO.<br>**Navigators Insurance**<br>**1375 East Woodfield Road Suite 720**<br>**Schaumburg, IL  60173** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. Bonding/Surety Company for Josh Coit dba Lone Star. | | | | **7,500.00** |
| ACCOUNT NO.<br>**OnPoint Risk Solutions, Inc.**<br>**11455 El Camino Real**<br>**San Diego, CA  92130** | | | Assignee or other notification for: Navigators Insurance | | | | |
| ACCOUNT NO.<br>**San Diego Housing Commission**<br>**C/O Christensen & Spath, LLP**<br>**550 West C Street Suite 1660**<br>**San Diego, CA  92101** | | | Lawsuit Pending | | | | **40,500.00** |
| ACCOUNT NO.<br>**Shamrock Lift Rentals**<br>**P.O. Box 2231**<br>**Temecula, CA  92593** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | **455.75** |

Sheet no. ____7____ of ____10____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 $ **99,244.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                 $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Coit, Joshua Robert _____    Case No. _____
                    Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SimplexGrinnell, LP<br>C/O Joseph McGuinness<br>3858 Carson Street Suite 301<br>Torrance, CA  90503 | | | Lawsuit Pending | | | | 25,995.00 |
| ACCOUNT NO.<br>Sky Hook Stairs And Rails<br>4149 Cartagena Dr. Ste B<br>San Diego, CA  92115 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 1,014.05 |
| ACCOUNT NO.<br>SSI<br>105 Vernon St.<br>Roseville, CA  95678 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 0.00 |
| ACCOUNT NO.<br>Altus Global Trade Solutions<br>2400 Veterans Blvd #300<br>Kenner, LA  70062 | | | Assignee or other notification for:<br>SSI | | | | |
| ACCOUNT NO.<br>Summit Equipment Rental<br>33390 Bailey Park Blvd<br>Menifee, CA  92584 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. Pending Lawsuit. | | | | 55,000.00 |
| ACCOUNT NO.<br>Christensen & Spath<br>550 West C Street Suite 1660<br>Att: Jose Garcia<br>San Diego, CA  92101 | | | Assignee or other notification for:<br>Summit Equipment Rental | | | | |
| ACCOUNT NO.<br>Andrew Carlton<br>Carno & Carlton<br>24031 El Toro Road, Suite 210<br>Laguna Hills, CA  92653 | | | Assignee or other notification for:<br>Summit Equipment Rental | | | | |

Sheet no. ___8___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 82,009.05

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Coit, Joshua Robert _____    Case No. _____
                 Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Surveillence Systems Integration, Inc.<br>C/O Atlus Global Trade Solutuions<br>POB 1389<br>Kenner, LA 70063 | | | Trade Debt fotr Lone Star | | | | 23,000.00 |
| ACCOUNT NO.<br>Taisei Construction Corporation<br>Attn: Warren Lee<br>6261 Katella Ave Ste 200<br>Cypress, CA 90630 | | | ADDED-Disputed Trade Debt for Construction Project in 2010-2011 Pierce College. Tasei alleges indemnity for DIR claims related to a Josh Coit dba lone Star project. Debt is for an alleged civil penalty for wage assessment, which Debtor disputes. | X | X | X | 16,633.21 |
| ACCOUNT NO.<br>Labor Commissioner, State Of California<br>Department of Industrial Relations<br>320 W. 4th Street, Suite 450<br>Los Angeles, CA 90013 | | | Assignee or other notification for:<br>Taisei Construction Corporation | | | | |
| ACCOUNT NO.<br>Build LACCD<br>915 Wilshire Blvd., Suite 810<br>Los Angeles, CA 90017 | | | Assignee or other notification for:<br>Taisei Construction Corporation | | | | |
| ACCOUNT NO.<br>Fidelity and Deposit Co. of Maryland<br>One Market Plaza, Spear Tower<br>San Francisco, CA 94105 | | | Assignee or other notification for:<br>Taisei Construction Corporation | | | | |
| ACCOUNT NO.<br>United Rentals<br>File# 51122<br>Los Angeles, CA 90074 | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | 35,664.70 |
| ACCOUNT NO.<br>Bruce A. Hatkoff<br>18757 Burbank Blvd., Suite 100<br>Tarzana, CA 91356 | | | Assignee or other notification for:<br>United Rentals | | | | |

Sheet no. __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **75,297.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Coit, Joshua Robert        Case No. _____
<br>_____
<br>Debtor(s)                        (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Universal Steel Fabricators**<br>**C/O Gary Ross**<br>**7403 Lakewood Dr. W Suite 11**<br>**Lakewood, WA  98499** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. Lawsuit Pending. | | | | **12,821.00** |
| ACCOUNT NO.<br>**Accelerated Collection Svc, Inc**<br>**1125 Harvey Road**<br>**Auburn, WA  98002-4219** | | | Assignee or other notification for:<br>**Universal Steel Fabricators** | | | | |
| ACCOUNT NO.<br>**W.E. Heuslein Company**<br>**2031 Granite Hills Dr.**<br>**El Cajon, CA  92019** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | **35,000.00** |
| ACCOUNT NO.<br>**Wells Fargo Bank**<br>**1650 W. 82nd St, Suite 300**<br>**Bloomington, MN  55431** | | | Trade Creditor for Josh Coit, dba "Lone Star", Debtor's defunct general contracting business. | | | | **10,000.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **57,821.00** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **827,847.57** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 – Declaration) (12/07)

**IN RE** Coit, Joshua Robert _____    Case No. _____
                    Debtor(s)                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 29, 2014**        Signature: */s/ Joshua Robert Coit*
                                               **Joshua Robert Coit**                                Debtor

Date: _____        Signature: _____
                                                                          (Joint Debtor, if any)
                                               [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                               _____
                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## Southern District of California

IN RE:                                                          Case No. _____

**Coit, Joshua Robert**                                        Chapter **7** _____
_____
Debtor(s)

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None &#9633;  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
240,063.00  **2011 Income from Operation of Business-Gross**

40,622.00  **AMENDED/ADDED 2012 Business Income from Form 1040 Line 22 = [$845,740], and gross wages including non-filing spouse of $40,622.  Lone Star (Josh Coit dba Lone Star) had $10,774,223 in sales in 2012 per form 1040 Schedule C line 1.**

**Debtor will Amend this Response within 10 days.  Awaiting reports from bookkeeper for 2014 YTD income and 2012-2013 Income totals**

0.00  **AMENDED/ADDED 2013 and pre petition 2014 Income from all sources and including non-filing spouse are not yet availavle as 2013 taxes have not been prepared.  However debtor estimates that personal income is on par with the income received in 2012, less than $60,000 for all of 2013 and the same for the pre-petition period of 2014.**

---

**2. Income other than from employment or operation of business**

None &#9633;  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
6,700.00  **Insurance proceeds paid in cash to debtor from tool theft, 2014**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

  *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Loan Star General Contracting, Inc.**<br>**Insider Corp** | **April 2013** | **1,500.00** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Universal Steel Fabricators v. Lonestar General Contracting, Inc. Case# 13-2-14369-6** | **Breach of Contract** | **Pierce County, Washington** | **Pending** |
| **SimplexGrinnell, LP v. Lone Star General Contracting, LLC Case# 37-2013-00070224-CU-BC-CTL** | **Breach of Contract** | **San Diego Superior** | **Pending** |
| **San Diego Housing Commission v. Lone Star General Contracting, LLC Case# 37-2013-00062997-CU-BC-EC** | **Breach of Contract** | **San Diego Superior** | **Pending** |
| **Josh Coit dba Lone Star v. Seattle Mechanical** | | | |
| **Interline Brands, Inc. v. Josh Coit** | Contract | **OCSC** | **Pending** |
| **Montbleau & Associates v. Joshua Coit dba Lone Star Case# 37-2013-0080862-CU-BC-CTL** | **Breach of Contract** | **SDSC** | **Pending** |
| **Skyhook Stairs and Rails v. Lone Star General Contractors Case#37-2013-00310237-SC-SC-CTL** | Collections | **SDSC** | **Pending** |
| **ADDED DIR v. Josh Coit dba Lone Star et al; 40-32007-239** | **Civil Wage Penalty Assessment** | **Labor Commission Action Administrative** | **Pending, recently discovered.** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **AMENDED Tools stolen from job site in Monterey park CA in february 2014. Originally scheduled as LSGCI tools. Amended to claim tools were property of the debtor and insured under a policy belonging to debtor. Details of tools and claim proceeds are set forth in Amended Schedule B concurrently.** | **Theft from Tarile at Job site of debtor's tools and tools belonging to two employees and a rental company** | **February 2014** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Curd, Galindo & Smith**<br>**301 East Ocean Blvd.**<br>**Long Beach, CA  90802** | **3/28/14** | **7,803.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Third Party Name unknown**<br>**None** | **3/2014** | **Sold 20' Enclosed Work Trailer-sold to third party for $4,750 cash.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

☐ None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**Santee, CA  00000-0000** | **Overdrawn Checking** | **May 2013** |

**12. Safe deposit boxes**

☑ None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

☑ None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

☑ None

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

☑ None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☐ None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Dana Coit-married 5 years**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☑ None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☑ None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☑ None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lone Star  Dba** | | | **Contracting services. Debtor operated as a dba until April 2013 when he started Lone Star General Contractorng, Inc.** | **2010-2012** |
| **Lone Star General Contracting Inc.** | | **9925 Prospect Ave # 1 Santee CA  92071-0000** | **Genreal Contractors** | **April 2013- Present** |
| **Lone Star General Contracting LLC** | | | **Defunct** | **5/2012** |

**this LLC was set up on the advice of an attorney in 2012.  However debtor abandoned this company before ever operating it. It never opened bank accounts or conducted any business of any kind since it could not get a contractor's license.**

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED
**Nicholas Marien**
**El Cajon, CA**

**Patricia Rendl**
**41715 Enterprise Circle N Ste 105**
**Temecula, CA  92590-0000**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Patricia Rendl**
**41715 Enterprise Circle N Ste 105**
**Temecula, CA  92590-0000**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 29, 2014**     Signature  */s/ Joshua Robert Coit*
                                 of Debtor

                                                                    **Joshua Robert Coit**

Date: _____     Signature _____
                                 of Joint Debtor
                                 (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of California**

IN RE:                                                    Case No. _____

<u>Coit, Joshua Robert</u>                                       Chapter <u>7</u>_____
                              <span style="font-size:smaller">Debtor(s)</span>

## AMENDED VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☑ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: ____ **74**

☐ Conversion filed on _____. *See instructions on reverse side.*

   ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.       TOTAL NO. OF CREDITORS: _____
   ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☑ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*

   ☑ Name and addresses are being ADDED.
   ☐ Name and addresses are being DELETED.
   ☐ Name and addresses are being CORRECTED.

PART II (check one)

☑ The above-name Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-name Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: <u>September 29, 2014</u> _____        <u>/s/ Joshua Robert Coit</u>_____
                                                              Debtor

                                        _____
                                                            Joint Debtor

<span style="writing-mode: vertical-rl">© 1990-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

A+ Quality Construction, Inc.
2173 Froude St.
San Diego, CA  92107


Aardvark Ant & Pest Control
C/O Priority Collections, Inc.
21818 Craggy View Street Suite 201
Chattsworth, CA  91311


AARK Engineering
4678 3rd Street
La Mesa, CA  91941


Accelerated Collection Svc, Inc
1125 Harvey Road
Auburn, WA  98002-4219


Accounts Recievable
5517 Hansel Ave
ORLANDO, FL  32809


Ahern Equipment Rental
10529 Vine St
Lakeside, CA  92040


AIG
C/O Margaret Inomata
1155 F Street NW Suite 200
Washington, DC  20004


Alpine Painting
8444 Coulter Pine Rd
Mentone, CA  92359

Altus Global Trade Solutions
2400 Veterans Blvd #300
Kenner, LA  70062


American Arbitration Association
Lupe Gonsalez Baca & Hon. M. Orfield
6795 North Palm Ave, 2nd Floor
Fresno, CA  93704


American Arbitration Association
6795 North Palm Ave 2nd Floor
Fresno, CA  93704


American Fense Company
1860 Goetz Road
Perris, CA  92570


Amsan/Interline
C/O Victor Gammill
3700 Campus Dr. Ste 201
Newport Beach, CA  92660


Andrew Carlton
Carno & Carlton
24031 El Toro Road, Suite 210
Laguna Hills, CA  92653


Beard Hobbs
1014 Broadway Ave Suite A
El Cajon, CA  92021


Bruce A. Hatkoff
18757 Burbank Blvd., Suite 100
Tarzana, CA  91356

```
Build LACCD
915 Wilshire Blvd., Suite 810
Los Angeles, CA  90017


Chico's Sales Co.
8451 Miralani Dr. Ste P
San Diego, CA  92126


Christensen & Spath
550 West C Street Suite 1660
Att: Jose Garcia
San Diego, CA  92101


CLP
3934 Murphy Canyon Rd. Suite B201
San Diego, CA  92123


Commercial Collection Corp Of NY
34 Seymour St.
Tonawanda, NY  14150


Commercial Collection Corp.
P.O. Box 288
Tonawanda, NY  14151


Corporate Collections
P.O. Box 2882
Scottsdale, AZ  85252


Cosco Fire Protection
10695 Treena St. Ste 105
San Diego, CA  92131


Eagle Paving
12700 Stowe Dr. Suite 200
Poway, CA  92064
```

Employment Development Dept.
P.O. Box 826880 MIC 83
Sacramento, CA  94280


Ferrellgas
P.O. Box 173940
Denver, CO  80217


Fidelity and Deposit Co. of Maryland
One Market Plaza, Spear Tower
San Francisco, CA  94105


Franchise Tax Board
Attn Bankruptcy
POB 2952
Sacramento, CA  95812-2952


Helix Mechanical, Inc.
1100 North Magnolia Ave Ste L
El Cajon, CA  92020


Higgs, Fletcher & Mack
Attn: Geoff Thorne
401 West A Street
San Diego, CA  92101


Hilti
C/O Richmond North Associates
P.O. Box 963
Amherst, NY  14226


Imagine Tile, Inc.
1440 Hotel Circle N
San Diego, CA  92108

Ingold Law
5555 Main Street
Williamsville, NY  14221


Integrated Living Solutions
20126 Ballinger Way NE #97
Shoreline, WA  98155


Interline Brands, Inc.
C/O Victor Gammill
3700 Campus Drive Suite 201
Newport Beach, CA  92660-2603


Internal Revenue Service-New
P.O. Box 7346
Philadelphia, PA  19101


J&M Interior Specialties, Inc.
1308 N. Magnolia Ave Suite D
El Cajon, CA  92020


Jim Lipschultz
Lipschultz & Scherago LLP
12400 Wilshire Boulevard, Suite 920
Los Angeles, CA  90025


Kenneth Scholl
28901 Tulita Lane
Menifee, CA  92584


Kingston Electric
P.O. Box 600
Kingston, WA  98346

Knutson Law Group
Dana Knutson
1401 Dove Street
Newport Beach, CA  92660


Labor Commissioner, State Of California
Department of Industrial Relations
320 W. 4th Street, Suite 450
Los Angeles, CA  90013


Labor Ready
P.O. Box 288
Tonawanda, NY  14151


Labor Systems
P.O. Box 1205
Chandler, AZ  85244


Leibert Systems
610 Executive Campus Dr.
Westerville, OH  43082


Levy, Diamond, Bello And Associates, LLC
P.O. Box 352
Milford, CT  06460


Liggett, Davis GPagnini & Melhouse
Attn: Christina Melhouse
3914 Murphy Canyon Road, Suite A162
San Diego, CA  92123


MBCI
600 S. 91st Ave
Tolleson, AZ  85353

Millican Crane Service
P.O. Box 300
Port Camble, WA  98364


Mobile Mini, Inc.
7420 S. Kyrene Rd Suite 101
Tempe, AZ  85283


Montbleau & Associates, Inc.
555 Raven St.
San Diego, CA  92102


Navigators Insurance
1375 East Woodfield Road Suite 720
Schaumburg, IL  60173


OnPoint Risk Solutions, Inc.
11455 El Camino Real
San Diego, CA  92130


Paladin Commercial Group, LLC
12200 E. Briarwood Ave Suite 250
Centennial, CO  80112


R.R. Beach Associates
95 Wolf Creek Blvd Suite 2
Dover, DE  19901


Receivables Control Corp
7373 Kirkwood Court Suite 200
Minneapolis, MN  55369


RMS
4836 Breckville Rd.
P.O. Box 509
Richfield, OH  44286

San Diego Housing Commission
C/O Christensen & Spath, LLP
550 West C Street Suite 1660
San Diego, CA  92101


Schwartz, Semerdijan, Ballard & Cauley
C/O Kevin Cauley
101 West Broadway Ste 810
San Diego, CA  92101


Shamrock Lift Rentals
P.O. Box 2231
Temecula, CA  92593


Simmons & Adams
9896 Bissonnet St.
Houston, TX  77036


SimplexGrinnell, LP
C/O Joseph McGuinness
3858 Carson Street Suite 301
Torrance, CA  90503


Sky Hook Stairs And Rails
4149 Cartagena Dr. Ste B
San Diego, CA  92115


SSI
105 Vernon St.
Roseville, CA  95678


Stephan A. Barber
Ropers, Majeski, Et Al
50 West San Fernando St., Suite 1400
San Jose, CA  95113-4501

Summit Equipment Rental
33390 Bailey Park Blvd
Menifee, CA  92584


Surveillence Systems Integration, Inc.
C/O Atlus Global Trade Solutuions
POB 1389
Kenner, LA  70063


Taisei Construction Corporation
Attn: Warren Lee
6261 Katella Ave Ste 200
Cypress, CA  90630


United Rentals
File# 51122
Los Angeles, CA  90074


Universal Steel Fabricators
C/O Gary Ross
7403 Lakewood Dr. W Suite 11
Lakewood, WA  98499


Victor L. Gammill
Law Offices Of Victor Gammill
3700 Campus Drive, Suite 201
Newport Beach, CA  92660-2603


W.E. Heuslein Company
2031 Granite Hills Dr.
El Cajon, CA  92019


Wells Fargo Bank
1650 W. 82nd St, Suite 300
Bloomington, MN  55431